U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 13 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## MINUTE ORDER - TELEPHONE CONFERENCE

JUDGE: McBryde
LAW CLERK: Kate Hancock
COURT REPORTER: Debbie Saenz

---

Case No.: 4:17-CV-425-A
Greer v. John Doe et al

Date Held: 10/13/2017      Time: 3:34 p.m. - 3:41 p.m. (7 minutes)

---

| | |
|---|---|
| Counsel for plaintiff: | Ryan Rogers |
| Counsel for defendant: | Tory Taylor |

===========================================================================

Telephone conference re: settlement

Court dismissed the action with prejudice, with the costs of court and attorney's fees to be borne by each party who incurred same.

Conference concluded.