```
            IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION
```

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 1 3 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

```
DOUGLAS GREER,                §
                              §
          Plaintiff,          §
                              §
VS.                           §    NO. 4:17-CV-425-A
                              §
JOHN DOE, ET AL.,             §
                              §
          Defendants.         §
```

## FINAL JUDGMENT

Consistent with the discussions had and rulings made during a telephone conference with counsel for plaintiff, Douglas Greer, and counsel for defendants, Charlie Hand[1] and Thomas Transportation, on the line,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against defendants be, and are hereby, dismissed with prejudice, with each party to bear costs of court and attorney's fees incurred by that party.

SIGNED October 13, 2017.

JOHN McBRYDE
United States District Judge

---

[1] The "John Doe" in the case style refers to Charlie Hand.